NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30237
10-JUL-2012
10:46 AM

NO. 30237

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JAMES GREGORY BATCHELOR, Plaintiff-Appellant,
v.
MISAKO NAKAMURA BATCHELOR, Defendant-Appellee.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 08-1-1183)


ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order, filed on June 8, 2012, is hereby corrected as follows:

1. At page 1, in the seventh line of the caption, the court name "Circuit Court" is changed to "Family Court" so that the caption reads as follows:

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 08-1-1183)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 10, 2012.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Reifurth and Ginoza, JJ.